IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA



FILED

DEC 06 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _Zuh_ DEPUTY

ANTONE LAMANDINGO KNOX,          )
                                 )
            Petitioner,          )
                                 )
vs.                              )   No. CIV-11-878-W
                                 )
RANDALL G. WORKMAN, Warden,      )
                                 )
            Respondent.          )

## ORDER

On October 28, 2011, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this matter and recommended that the Motion to Dismiss filed by respondent Randall G. Workman, Warden, be granted and that the Petition for a Writ of Habeas Corpus filed by petitioner Antone Lamandingo Knox be dismissed. Magistrate Judge Couch also recommended that various pretrial motions filed by Knox be denied.

The parties were advised of their right to object, see Doc. 17 at 10, but no objections to the Report and Recommendation have been filed within the allotted time.

Based upon the record, the Court concurs with Magistrate Judge Couch's suggested disposition of the pending motions, and accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 17] issued on October 28, 2011;

(2) GRANTS Workman's Motion to Dismiss [Doc. 14] filed on August 23, 2011;

(3) DISMISSES Knox's Petition [Doc. 1] file-stamped August 3, 2011;

(4) DENIES Knox's Motion for an Evidentiary Hearing [Doc. 5] file-stamped August 3, 2011, and his Emergency Motion for Evidentiary Hearing [Doc. 10] file-stamped August 17, 2011;

(5) DENIES Knox's request for "Emergency T.R.O. and Injunction" [Doc. 11] file-stamped August 17, 2011; and

(6) DENIES Knox's Motion to Transfer [Doc. 12] file-stamped August 17, 2011.

ENTERED this _6th_ day of December, 2011.

LEE R. WEST
UNITED STATES DISTRICT JUDGE